UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

KIMBERLEY JEAN BAKER

　　　　　Debtor

|  |  |
|---|---|
|  | Chapter 13 |
|  | Case No. 24-00259-ELG |

U.S. BANK, NATIONAL ASSOCIATION,
AS INDENTURE TRUSTEE FOR THE AFC
MORTGAGE LOAN ASSET BACKED
NOTES, SERIES 2000-2

　　　　　Movant

v.

KIMBERLEY JEAN BAKER
1700 REDWOOD TERRACE , NW
WASHINGTON, DC 20012
　　　　　(Debtor)

REBECCA A. HERR
185 ADMIRAL COCHRANE DR., SUITE 240
ANNAPOLIS, MD 21401
　　　　　(Trustee)

　　　　　Respondents

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR IN REM RELIEF FROM THE AUTOMATIC STAY

U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset

Backed Notes, Series 2000-2 ("Movant") by undersigned counsel, respectfully moves this

Honorable Court to terminate the Automatic Stay and grant In Rem Relief for the Automatic

Stay as to the real property located at 1700 Redwood Terrace, N.W., Washington, DC 20012

("Property"), and, as grounds therefore, states as follows.

1.　　　This proceeding seeking relief under 11 U.S.C. § 362(d) is a contested matter

within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this

Daniel K. Eisenhauer, Bar #888314169
Orlans PC
PO Box 2548
Leesburg, VA 20177

matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2.      On July 19, 2024, the above named Debtor, Kimberley Jean Baker ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Rebecca A. Herr (the "Trustee") was appointed Chapter 13 trustee.

3.      On or about April 14, 2000, Jerdia S Baker executed and delivered to Alliance Funding, a Division of Superior Bank FSB a promissory note (the "Note") in the amount of TWO HUNDRED SIXTY-FIVE THOUSAND DOLLARS AND NO CENTS ($265,000.00), plus interest at the fixed rate of 12.250% per annum, to be paid over fifteen (15) years. A copy of the Note is attached hereto as **Exhibit A** and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Jerdia S Baker and Clarice Clark executed and delivered to Alliance Funding, a Division of Superior Bank FSB a Deed of Trust dated April 14, 2000, encumbering the real property ("Property") described as:

PART OF LOT NUMBERED TEN (10) IN SQUARE NUMBERED TWENTY-SEVEN HUNDRED FIFTY-EIGHT (2758) IN THE SUBDIVISION MADE BY PARKREEK, INC., AS PER PLAT RECORDED IN LIBER 123 AT FOLIO 28 IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA. ALSO PART OF A TRACT OF LAND CALLED "JAMES GIFT", AND "JOSEPH'S PARK", ALL DESCRIBED IS ONE (1) PARCEL IN ACCORDANCE WITH A PLAT OF SURVEY DATED FEBRUARY 10, 1954 AND RECORDED IN SURVEY BOOK 166 AT PAGE 457 IN SAID SURVEYOR'S OFFICE, AS FOLLOWS:

BEGINNING FOR THE SAME AT THE INTERSECTION OF THE SOUTHWESTERLY LANE OF TAMMARACK STREET (60 FEET WIDE), AS DEDICATED AND SHOWN ON PLAT RECORDED IN LIBER 135 AT FOLIO 121 IN SAID SURVEYOR'S OFFICE WITH THE SOUTHEASTERLY LINE OF REDWOOD TERRACE (60 FEET WIDE) AS DEDICATED AND SHOWN ON PLAT RECORDED IN LIBER 135 AT FOLIO 102 IN SAID SURVEYOR'S OFFICE AND RUNNING THENCE ALONG SAID LINE OF TAMMARACK STREET FOR THE FOLLOWING TWO (2) COURSES AND DISTANCES: (1) ALONG THE ARC OF A CIRCLE DEFLECTING TO THE RIGHT HAVING A RADIUS OF 650 FEET; AN ARC DISTANCE OF 41.28 FEET TO A POINT OF TANGENCY; (2) THENCE SOUTH 35 DEGREES 26' EAST 51.72 FEET; THENCE NORTH 35 DEGREES 36' WEST 23.64 FEET; THENCE SOUTH 86 DEGREES 21' WEST 90.02 FEET TO A POINT OF CURVATURE ON THE SOUTHEASTERLY LINE OF REDWOOD TERRACE AFORESAID; THENCE ALONG SAID SOUTHWESTERLY LINE THE FOLLOWING TWO (2) COURSES AND DISTANCES; (3) ALONG THE ARC OF A CIRCLE DEFLECTING TO THE LEFT, HAVING A RADIUS OF 800 FEET AN ARC DISTANCE OF 125.66 FEET TO A POINT OF TANGENCY; (4) NORTH 45 DEGREES 24' EAST 75.90 FEET TO THE POINT OF BEGINNING.

SAID PROPERTY BEING NOW KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT NUMBERED EIGHT HUNDRED EIGHT (808) IN SQUARE NUMBERED TWENTY-SEVEN HUNDRED FIVFTY-EIGHT (2758).

which has the address of 1700 Redwood Terrace, N.W., Washington, DC 20012. A Copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.    The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust.  A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.    Upon information and belief, Jerdia S Baker and Clarice Clark are deceased.

7.    The Debtor, Kimberly J. Baker, has an interest in the property via Quitclaim Deed.  A copy of the Deed is attached as **Exhibit D** and incorporated herein.

8.    Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion.  In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) receive a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of U.S. Bank, National Association, as Indenture

Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2, which is the entity that has the right to foreclose by virtue of being owner and holder of the note.

9.    As of September 18, 2024, the Debtor owes an unpaid principal balance of $252,971.55 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

10.    As of September 18, 2024, the Debtor is post-petition due for August 19, 2024, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 2 | August 19, 2024 | September 19, 2024 | $2,776.92 | $5,553.84 |
| | | | Suspense: | ($0.00) |
| | | | Total Payments Past Due | $5,553.84 |

11.    A Copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

12.    The value of the property is $700,000.00, according to the Debtor's Schedule "A".

13.    The Debtor is in default under the Note.

14.    The Debtor has not and cannot offer U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 adequate protection of its interest in the Property, and U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 avers it is not adequately protected.

15.    The Property is not necessary for an effective reorganization, as there is little or no equity in the Property.

16.     Cause exists to terminate the Automatic Stay.

17.     This is the fourth bankruptcy filing affecting the Property.

18.     The first case was a Chapter 13 case filed by the Kimberley Jean Baker on January 9, 2020 and assigned case number 20-00015. A Copy of the Docket Report for this case is attached as **Exhibit F** and incorporated.

19.     The second case was a Chapter 13 case filed by the Kimberley Jean Baker on October 4, 2021 and assigned case number 21-00247. A Copy of the Docket Report for this case is attached as **Exhibit G** and incorporated.

20.     The third case was a Chapter 13 case filed by the Kimberley Jean Baker on October 18, 2023 and assigned case number 23-00303. A Copy of the Docket Report for this case is attached as **Exhibit H** and incorporated.

21.     The Debtor has filed this fourth case for the purpose of delaying U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 from exercising its rights under the Deed of Trust.

22.     To protect against a possible fifth filing, U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 requests that this Court grant an Order providing in rem relief from the automatic stay as to this Property from any future Bankruptcy filing within one hundred eighty (180) days.

WHEREFORE, the premises considered, U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 respectfully requests that this Court enter an Order terminating the Automatic Stay allowing U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2 to exercise its legal rights under applicable law as to the Property, including but not limited to

foreclosure against the Property under the Mortgage, and grant in rem relief from the automatic stay such that any future bankruptcy filings for two (2) years by either the Debtor or any party to whom he may transfer the Property will not hinder U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-2's ability to exercise its rights under the Mortgage and will not require relief from the automatic stay in that case, and for such other and further relief as this Court deems just and proper.

Date:  September 25, 2024

Respectfully submitted,

/s/Daniel K. Eisenhauer_____
Daniel K. Eisenhauer, Bar #888314169
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for U.S. Bank, National Association, as
Indenture Trustee for the AFC Mortgage Loan
Asset Backed Notes, Series 2000-2
deisenhauer@orlans.com